

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Adam I. Rich**
212-402-4065 tel
212-489-8340 fax

adamrich@dwt.com

June 7, 2024

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Savage v. Devine, et al.*, No. 1:24-cv-03278-NRB;
            *Savage v. Associated Newspapers Ltd., et al.*, No. 1:24-cv-03280-NRB
            **Request On Consent For Extension of Time to Respond to Complaint**

Dear Judge Buchwald:

    This firm represents all defendants in the above-referenced related actions. We write pursuant to Section 1(E) of the Court's Individual Practices to respectfully request that the Court extend the deadline for all defendants to respond to the Complaint or otherwise move to **August 12**. The current response deadline for Defendants Associated Newspapers Ltd. and Mail Media, Inc. is June 10, 2024. The current response deadline for Defendants NYP Holdings, Inc. is June 13, 2024. The current response deadline for Defendants Miranda Devine and Jon Levine is June 21, 2024. There have been no prior requests to extend these deadlines, and the requested extension will not affect any other case deadlines. Plaintiff consents to this extension of time and joins in the request.

    The basis for the requested extension is to accommodate the summer vacation schedules of the parties and the parties' counsel.

    We thank the Court for its attention to this request.

```
Application granted.
SO ORDERED.

         [signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2024
       New York, New York
```

Respectfully,

*/s/ Adam I. Rich*

Adam I. Rich
Davis Wright Tremaine LLP

Copy to: Mark Goidell, Esq. (by ECF)

4875-5582-1087v.2 0012079-000359

Hon. Andrew L. Carter
June 7, 2024
Page 2

        Kelli Sager, Esq. (by email)
        Robert Balin, Esq. (by ECF)