UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------------------

| | x | |
|---|---|---|
| LORENZO ROBERT SAVAGE III, | : | |
| | : | 1:24-cv-03278-NRB |
| Plaintiff, | : | |
| | : | **STIPULATED MOTION TO** |
| - against - | : | **AMEND CAPTION AND** |
| | : | **[PROPOSED] ORDER** |
| NYP HOLDINGS, INC. d/b/a New York Post, | : | |
| MIRANDA DEVINE, and JOHN LEVINE, | : | |
| | : | |
| Defendants. | : | |
| | x | |

---------------------------------------------------------------------------------------------

All parties who have appeared in this action (the "Parties") jointly move the Court for an Order amending the caption to correct the spelling of Defendant Jonathan Levine's name (it is currently misspelled at "John" Levin).

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the full caption in this case should be amended to reflect this correction and that the new caption should be:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------------------

| | x | |
|---|---|---|
| LORENZO ROBERT SAVAGE III, | : | |
| | : | 1:24-cv-03278-NRB |
| Plaintiff, | : | |
| | : | |
| - against - | : | |
| | : | |
| NYP HOLDINGS, INC. d/b/a New York Post, | : | |
| MIRANDA DEVINE, and JONATHAN | : | |
| LEVINE, | : | |
| | : | |
| Defendants. | x | |

---------------------------------------------------------------------------------------------

The Clerk of Court is respectfully requested to update the docket accordingly.

Dated: September 23, 2024
       New York, New York

| | |
|---|---|
| */s/ Mark E. Goidell* | */s/ Adam I. Rich* |
| Mark E. Goidell, Esq. | Robert D. Balin |
| 666 Old Country Road, Suite 700 | Adam I. Rich |
| Garden City, New York 11530 | DAVIS WRIGHT TREMAINE LLP |
| Tel. (516) 683-0001 | 1251 Avenue of the Americas, 21st Floor |
| mark@goidell.com | New York, NY 10020 |
| *Attorneys for Plaintiff* | (212) 489-8230 |
| | robbalin@dwt.com |
| | adamrich@dwt.com |
| | |
| | *Attorneys for Defendants.* |

**SO ORDERED.**

_____
**NAOMI REICE BUCHWALD**
**United States District Judge**