

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Robert Balin**
212.489.8230 tel
212.489.8340 fax
RobBalin@dwt.com

October 1, 2024

**<u>VIA ECF</u>**

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 21A
500 Pearl Street
New York, NY 10007-1312

  **Re:**  *Savage v. Assoc. Newspapers Ltd., et al.*, No. 1:24-cv-03280-NRB
     *Savage v. NYP Holdings, Inc., et al.*, No. 1:24-cv-03278-NRB

Dear Judge Buchwald:

   This firm represents all defendants ("Defendants") in the above-referenced related cases. We are advised by Plaintiff's counsel that Plaintiff has decided not to file an amended complaint in either of these cases.  Accordingly, pursuant to the Court's Orders in both cases dispensing with a premotion conference, all parties have agreed to the following briefing schedule for Defendants' motions to dismiss the complaints in both cases:

- Defendants will file their opening briefs by November 11, 2024
- Plaintiff will file his opposition to both motions by December 16, 2024
- Defendants will file their reply briefs by January 10, 2024

       Respectfully submitted,

        */s/ Robert D. Balin*
        Robert D. Balin

Anchorage New York Seattle
Bellevue Portland Shanghai
Los Angeles San Francisco Washington, D.C.  www.dwt.com