

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Robert Balin**
212.489.8230 tel
212.489.8340 fax
RobBalin@dwt.com

November 13, 2024

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 21A
500 Pearl Street
New York, NY 10007-1312

      Re:    *Savage v. Assoc. Newspapers Ltd., et al.*, No. 1:24-cv-03280-NRB
              *Savage v. NYP Holdings, Inc., et al.*, No. 1:24-cv-03278-NRB

Dear Judge Buchwald:

      This firm represents all defendants ("Defendants") in the above-referenced related cases. We write to respectfully request that the current briefing schedule for Defendants' motions to dismiss the complaints in both of the above-referenced cases be extended by one week, as follows:

|  | **Current Deadline** | **Proposed Extension** |
|---|---|---|
| Opening briefs to be filed by: | 11/14/24 | 11/21/24 |
| Opposition to be filed by: | 12/19/24 | 12/26/24 |
| Reply to be filed by: | 1/15/25 | 1/22/24 |

Plaintiff's counsel consents to this requested one week adjournment. This is Defendants' second request for an extension of this briefing schedule (the prior request was granted).  If granted, this extension would not affect any other deadlines.  We thank the Court for its attention to this request.

                                                        Respectfully submitted,

                                                       */s/ Robert D. Balin*
                                                        Robert D. Balin

Anchorage   New York   Seattle
Bellevue    Portland   Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com