666 Old Country Road
Suite 700
Garden City, NY 11530

Admitted in New York and Massachusetts



Office: 516-683-0001
Cell: 516-459-4068
Fax: 516-228-0383
mark@goidell.com
www.goidell.com

December 16, 2024

**<u>Via ECF</u>**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21A
New York, New York 10007

      Re: *Savage v. NYP Holdings, Inc., et al.*
        Case No. 1:24-cv-03278-NRB

Your Honor,

  This letter is submitted by plaintiff to request, on the consent of defendants, that the briefing schedule for defendants' motion to dismiss be amended to provide that (i) plaintiff's time to file opposition papers be extended from December 26, 2024 to January 8, 2025, and (ii) defendants' time to file reply papers be extended from January 22, 2024 to February 10, 2025.

  Plaintiff has not requested any prior extension. The requested extensions will not affect any other scheduled dates or deadlines.

  Thank you for your consideration of this request.

            Very truly yours,

            *Mark E. Goidell*

            Mark E. Goidell

cc: All Counsel (Via ECF)

```
    Application granted.
    SO ORDERED.

    [signature]
    NAOMI REICE BUCHWALD
    UNITED STATES DISTRICT JUDGE
  Dated:    December 17, 2024
            New York, New York
```