## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

LORENZO ROBERT SAVAGE III,

                           Plaintiff,

      -against-                                     24 **CIVIL** 3278 (NRB)

                                                **<u>JUDGMENT</u>**

NYP HOLDINGS, INC. d/b/a NEW
YORK POST, MIRANDA DEVINE, and
JONATHAN LEVINE,

                        Defendants.

-----------------------------------------------------------------X

LORENZO ROBERT SAVAGE III,

                           Plaintiff,

     - against –                              24 **CIVIL** 3280 (NRB)

ASSOCIATED NEWSPAPERS LTD., and
MAIL MEDIA, INC.,

                        Defendants.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 19, 2025, defendants' motions are granted and plaintiff's requests for leave to file an amended complaint are denied. Accordingly, the cases are closed.

**Dated:**  New York, New York

       September 19, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**