**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LORENZO ROBERT SAVAGE III,

        Plaintiff,

        -against-

NYP HOLDINGS, INC. d/b/a NEW YORK POST,
MIRANDA DEVINE, and JONATHAN LEVINE,

        Defendants.
------------------------------------------------------------------------X
LORENZO ROBERT SAVAGE III,

        Plaintiff,

        -against-

ASSOCIATED NEWSPAPERS LTD., and MAIL MEDIA, INC.

        Defendants.
------------------------------------------------------------------------X

Case No. 1:24-cv-3278

Case No. 1:24-cv-3280

     **PLEASE TAKE NOTICE** that upon the Memorandum of Law filed and dated October 17, 2025, the and exhibit(s) annexed thereto, and upon all prior pleadings and proceedings in the above-captioned matters, Plaintiff Lorenzo Robert Savage III shall respectfully move this Court before the Honorable Naomi Reice Buchwald, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 59(e), to reconsider and amend or alter the judgment entered in the above-captioned matters.

**PLEASE TAKE FURTHER NOTICE** that, pursuant Local Civil Rule 6.1(b), Defendants' opposition(s) if any, is due 14 days within service of this motion, and any reply shall be served within seven days after service of the answering papers.

Dated: New York, New York
October 17, 2025

Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Jeffrey J. Chapman*
Jeffrey J. Chapman
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2100
jchapman@mcguirewoods.com

Samuel L. Tarry, Jr. (*pro hac vice forthcoming*)
MCGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102
(703) 712-5425
starry@mcguirewoods.com

Juliet B. Clark *(pro hac vice forthcoming)*
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-4315
jbclark@mcguirewoods.com

*Counsel for Plaintiff*