UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LORENZO ROBERT SAVAGE III,

        Plaintiff,

        -against-

NYP HOLDINGS, INC. d/b/a NEW YORK POST,
MIRANDA DEVINE, and JONATHAN LEVINE,

        Defendants.
------------------------------------------------------------------------X
LORENZO ROBERT SAVAGE III,

        Plaintiff,

        -against-

ASSOCIATED NEWSPAPERS LTD., and MAIL MEDIA, INC.

        Defendants.
------------------------------------------------------------------------X

**DECLARATION OF JEFFREY J. CHAPMAN IN SUPPORT OF MOTION UNDER RULE 59(e) TO RECONSIDER AND ALTER OR AMEND JUDGMENT**

Case No. 1:24-cv-3278

Case No. 1:24-cv-3280

I, Jeffrey Chapman, being of full age, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

I am Counsel with the law firm McGuireWoods LLP, attorneys for Plaintiff Lorenzo Robert Savage III. I am admitted to practice law before this Court and I am familiar with the pleadings, facts, and circumstances in this action. I respectfully submit this declaration in support of Plaintiff's Motion under Rule 59(e) to Reconsider and Alter or Amend the judgments entered in the above-captioned matters.

1. Attached as **Exhibit A** is a true and correct copy of the Proposed Amended Complaint for this action.

2. Attached as **Exhibit B** is a true and correct copy of a redline of the Proposed Amended Complaint showing changes from the original pleading.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 17, 2025 in New York, New York.

>*/s/ Jeffrey J. Chapman*
>Jeffrey J. Chapman
>MCGUIREWOODS LLP
>1251 Avenue of the Americas, 20th Floor
>New York, New York 10020
>(212) 548-2100
>jchapman@mcguirewoods.com
>
>*Counsel for Plaintiff*